# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES L. MAUGHAN

VERSUS

RANDY ANNY AND ROY H.
MAUGHAN, JR.

NO.   2020 CW 0728

**OCTOBER 12, 2020**

---

In Re:   Roy H. Maughan, Jr., applying for supervisory writs,
         23rd Judicial District Court, Parish of Ascension, No.
         127812.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT